**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>       v.<br><br>BENJAMIN CHOW,<br>      a/k/a "Ben Chow Zhou Bin,"<br>      a/k/a "Benjamin Bin Chow,"<br>      a/k/a "Bin Zhou,"<br><br>             Defendant. | 17 Cr. 667 (GHW) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the Declaration of Roman E. Darmer, Esq., dated December 19, 2017, the exhibits attached thereto, and the accompanying Memorandum of Law, defendant Benjamin Chow, by his undersigned attorneys, will move this Court before the Honorable Gregory H. Woods, at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for an Order (a) quashing the grand jury subpoena issued to Partner-1 (as defined in the accompanying Memorandum of Law), (b) precluding the government's use of evidence obtained through the improper use of the grand jury subpoena issued to Partner-2 (as defined the accompanying Memorandum of Law), and (c) adjourning the return date of the subpoena issued to Partner-1 while this motion is under consideration.

Dated: December 19, 2017       Respectfully submitted,
       New York, New York

                                      /s/
                                      George S. Canellos
                                      Katherine R. Goldstein
                                      Adam Fee
                                      MILBANK, TWEED, HADLEY & McCLOY LLP
                                      28 Liberty Street
                                      New York, New York 10005-1413
                                      Telephone: 212-530-5000
                                      Facsimile: 212-530-5219
                                      Email: gcanellos@milbank.com

                                      *Counsel for Defendant Benjamin Chow*