UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                      :

UNITED STATES OF AMERICA,          :

                                                                      :

        - v. -                                       :

                                                                      :          BILL OF PARTICULARS

BENJAMIN CHOW,                     :          17 Cr. 667 (GHW)
     a/k/a "Ben Chow Zhou Bin,"
     a/k/a "Benjamin Bin Chow,"      :
     a/k/a "Bin Zhou,"                  :

                                                                        :

         Defendant.                        :

                                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       Pursuant to the Court's February 12, 2018 order, the Government hereby supplements the particulars set forth in the Indictment in the above-captioned case with additional particulars set forth below concerning: (a) the identity of known co-conspirators; and (b) trading activity that the Government intends to introduce in connection with Count One of the Indictment and the scheme charged in Count Fourteen of the Indictment, as well as trading activity in connection with Cypress Semiconductor Corporation.

       The information set forth below is based on the current state of the evidence and the Government's review and analysis of the evidence to date. Certain answers are based, in part, on inferences drawn from documents and other evidence in the case. As the Government continues to review and analyze the evidence, the Government reserves the right to draw other reasonable inferences from the evidence and, where appropriate, seek leave of the Court to amend this Bill of Particulars.

**Known Co-Conspirators**

Michael Yin, a/k/a "Shaohua Yin"

Fang Wei

**Additional Trades in Lattice Semiconductor Corporation**

In addition to the trades already referenced in the Indictment, the Government hereby gives notice that it intends to introduce evidence of the following trades at trial in support of Counts One and Fourteen.  All trades listed below that occur before or after the charged timeframe of Counts One and Fourteen as set forth in the Indictment the Government intends to introduce as direct evidence and for relevant context.  All trades listed below that occur during the charged timeframe of Counts One and Fourteen are direct evidence and trades in furtherance of the conspiracy.  Dates and amounts are approximate:

**Trading in Lattice Through Michael Yin Nominee Accounts**

| TRADE DATE | NAME | STOCK | BUY QUANTITY | SELL QUANTITY |
|---|---|---|---|---|
| 11/9/2015 | Zhiqing Yin | Lattice | 150,000 | |
| 11/10/2015 | Zhiqing Yin | Lattice | 67,301 | 217,301 |
| 12/2/2015 | Zhiqing Yin | Lattice | 64,700 | |
| 2/24/2016 | Zhiqing Yin | Lattice | | 64,700 |
| 5/2/2016 | Zhiqing Yin | Lattice | 189,800 | |
| 5/4/2016 | Zhiqing Yin | Lattice | | 23,186 |
| 5/9/2016 | Zhiqing Yin | Lattice | | 95,000 |
| 6/21/2016 | Zhiqing Yin | Lattice | | 37,700 |
| 7/12/2016 | Jun Qin | Lattice | 53,500 | |
| 7/20/2016 | Jun Qin | Lattice | | 53,500 |
| 11/3/2016 | Bei Xie | Lattice | | 125,000 |
| 11/3/2016 | Jun Qin | Lattice | | 665,289 |
| 11/3/2016 | Lizhao Su | Lattice | | 1,462,104 |
| 11/3/2016 | Yan Zhou | Lattice | | 210,000 |
| 11/3/2016 | Zhiqing Yin | Lattice | | 1,273,535 |
| 11/10/2016 | Zhiqing Yin | Lattice | 13,334 | |

| TRADE DATE | NAME | STOCK | BUY QUANTITY | SELL QUANTITY |
|---|---|---|---|---|
| 11/18/2016 | Lizhao Su | Lattice | 278,906 | |
| 11/22/2016 | Lizhao Su | Lattice | 75,774 | |
| 11/23/2016 | Jun Qin | Lattice | 100,000 | |
| 11/23/2016 | Lizhao Su | Lattice | 150,000 | |
| 1/18/2017 | Bei Xie | Lattice | 46,100 | |
| 1/18/2017 | Yan Zhou | Lattice | 46,605 | |
| 1/18/2017 | Zhiqing Yin | Lattice | 11,949 | |
| 1/19/2017 | Bei Xie | Lattice | 79,982 | |
| 1/19/2017 | Yan Zhou | Lattice | 79,900 | |
| 1/19/2017 | Zhiqing Yin | Lattice | 55,500 | |
| 1/20/2017 | Zhiqing Yin | Lattice | 100,000 | |
| 1/23/2017 | Jun Qin | Lattice | 100,000 | |
| 1/23/2017 | Zhiqing Yin | Lattice | 320,000 | |
| 1/24/2017 | Lizhao Su | Lattice | 184,236 | |
| 1/25/2017 | Bei Xie | Lattice | 40,032 | |
| 1/25/2017 | Jun Qin | Lattice | 31,900 | |
| 1/25/2017 | Yan Zhou | Lattice | 21,700 | |
| 1/26/2017 | Jun Qin | Lattice | 48,400 | |
| 1/26/2017 | Lizhao Su | Lattice | 30,200 | |
| 1/26/2017 | Zhiqing Yin | Lattice | 24,900 | |
| 1/27/2017 | Jun Qin | Lattice | 26,048 | |
| 1/27/2017 | Lizhao Su | Lattice | 37,300 | |
| 1/27/2017 | Zhiqing Yin | Lattice | 40,581 | |
| 1/30/2017 | Jun Qin | Lattice | 100,000 | |
| 1/30/2017 | Lizhao Su | Lattice | 100,000 | |
| 2/1/2017 | Lizhao Su | Lattice | 100 | |
| 2/6/2017 | Bei Xie | Lattice | | 166,114 |
| 2/6/2017 | Jun Qin | Lattice | | 295,331 |
| 2/6/2017 | Lizhao Su | Lattice | | 254,217 |
| 2/6/2017 | Yan Zhou | Lattice | | 118,522 |
| 2/6/2017 | Zhiqing Yin | Lattice | | 220,411 |
| 2/7/2017 | Jun Qin | Lattice | | 230,041 |
| 2/7/2017 | Lizhao Su | Lattice | | 192,736 |
| 2/7/2017 | Yan Zhou | Lattice | | 29,683 |
| 2/7/2017 | Zhiqing Yin | Lattice | | 223,974 |
| 2/8/2017 | Jun Qin | Lattice | | 673,457 |
| 2/8/2017 | Lizhao Su | Lattice | | 267,909 |
| 2/8/2017 | Zhiqing Yin | Lattice | | 321,548 |

| TRADE DATE | NAME | STOCK | BUY QUANTITY | SELL QUANTITY |
|---|---|---|---|---|
| 2/9/2017 | Lizhao Su | Lattice | | 8,900 |
| 2/9/2017 | Zhiqing Yin | Lattice | | 8,100 |

**Trading in Lattice by Fang Wei**

| TRADE DATE | NAME | STOCK | BUY QUANTITY | SELL QUANTITY |
|---|---|---|---|---|
| 10/17/2016 | Fang Wei | Lattice | 10,000 | |
| 10/19/2016 | Fang Wei | Lattice | | 5,000 |
| 11/8/2016 | Fang Wei | Lattice | | 5,000 |

**Trades in Cypress Semiconductor Corporation**

The Government intends to offer evidence of the following transactions as direct evidence and pursuant to Federal Rule of Evidence 404(b), as previously noticed by the Government.

**Trading in Cypress Through Michael Yin Nominee Accounts**

| TRADE DATE | NAME | STOCK | BUY QUANTITY | SELL QUANTITY |
|---|---|---|---|---|
| 8/17/2016 | Zhiqing Yin | Cypress | 300,000 | |
| 8/18/2016 | Zhiqing Yin | Cypress | 99,385 | |
| 8/19/2016 | Zhiqing Yin | Cypress | 100,000 | |
| 9/9/2016 | Lizhao Su | Cypress | 100,000 | |
| 10/17/2016 | Zhiqing Yin | Cypress | | 5,500 |
| 10/18/2016 | Lizhao Su | Cypress | | 100,000 |
| 10/18/2016 | Zhiqing Yin | Cypress | | 293,885 |
| 10/21/2016 | Zhiqing Yin | Cypress | | 100,000 |

In addition to the transactions referenced above, the Government reserves the right to introduce evidence of other transactions in its case-in-chief or on its rebuttal case in response to

arguments or evidence introduced by the defendant on cross-examination of the Government's witnesses or during the defense case.

Dated: New York, New York
February 22, 2018

        GEOFFREY S. BERMAN
        United States Attorney

by:     /s/
        Elisha Kobre
        Scott Hartman
        Max Nicholas
        Assistant United States Attorneys
        (212) 637-2599/2357/1565