USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
  UNITED STATES OF AMERICA,                                    :
                                                               :
                                                               :
                                                               :     1:17-cr-00667-GHW
                                                               :
                    -v-                                        :
                                                               :     ORDER
  BENJAMIN CHOW,                                               :
                                                               :
                                        Defendant.             :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The Court has not received (1) a proposed brief description of the case, to be read to the venire; (2) a brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements; or (3) notification that the parties are unable to agree on the language of such a short overview.  These materials were due on February 16, 2018, in accordance with the Court's order dated November 8, 2017, Dkt. No. 9.  *See also* Dkt. No. 45 ("Except as expressly modified by this order, the Court's November 8, 2017 order, Dkt. No. 9, remains in effect.").  The parties are directed to submit the materials described above forthwith.

SO ORDERED.

Dated: February 27, 2018
New York, New York

                                        _____
                                             GREGORY H. WOODS
                                           United States District Judge