# MILBANK, TWEED, HADLEY & McCLOY LLP

**28 LIBERTY STREET**
**NEW YORK, N.Y. 10005-1413**

Adam Fee
Special Counsel
DIRECT DIAL NUMBER
+1 (212) 530-5101
E-MAIL: afee@milbank.com

April 18, 2018

**VIA ECF**

Honorable Gregory H. Woods
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *United States v. Benjamin Chow*, 17 Cr. 667 (GHW)

Dear Judge Woods:

      We write regarding two matters raised during today's proceedings.

      *First*, we write to address the Court's comments indicating that it is inclined to admit the contents of Michael Yin's declaration dated April 11, 2018 (the "Yin Declaration") pursuant to Rule 806 of the Federal Rules of Evidence, but, if it does, to allow the government to offer the three forms of impeachment evidence set forth in the government's April 16, 2018 letter, Dkt. 109, and to adjourn the trial in order to afford the government an opportunity to gather certain of those materials. The prospect of a mid-defense case adjournment of indeterminate length and of indeterminate purpose compels us to change course. Under these circumstances, Mr. Chow withdraws his application to offer the Yin Declaration and respectfully requests that the trial go forward without delay.

      *Second*, we have conferred with the government on the question of scheduling. The defense does not intend to call Mr. Chow to testify, and expects to conclude its case tomorrow afternoon. Given that timing, the parties respectfully request that the Court hold a charge conference tomorrow after the defense case rests, and that the parties begin closing arguments on the morning of Friday, April 20, 2018.

                                          Respectfully submitted,

                                          /s/ _____
                                          Adam Fee
                                          Katherine R. Goldstein
                                          George S. Canellos

cc:    AUSA Elisha Kobre (via ECF)
        AUSA Scott Hartman (via ECF)
        AUSA Max Nicholas (via ECF)

#4848-4465-6225